IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-362-FL

| | |
|---|---|
| IN RE: PROPOSED DEFERRED PROSECUTION AGREEMENT AS BETWEEN THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF NORTH CAROLINA AND SIRCHIE ACQUISITION COMPANY, LLC. | ) ORDER GRANTING JOINT ) MOTION TO ACCEPT AND ) APPROVE COMMENCEMENT OF ) DEFERRED PROSECUTION ) AGREEMENT |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, joined by Sirchie Acquisition Company, LLC., hereby moves the Court to review and approve the commencement of the proposed Deferred Prosecution Agreement which has been filed with the Court. The Court has reviewed the Agreement as well as the attachments thereto, confirmed the parties' desire that it be accepted and commenced and hereby GRANTS the Joint Motion. Finding that the Agreement is in the best interests of Justice, the Court further ORDERS that, consistent with the terms therein, so long as the Agreement remains in effect the time consumed by the Agreement's period of fulfillment shall be excluded from any and all relevant speedy trial calculations.

So ORDERED this ____ day of February, 2010.

_____
LOUISE M. FLANAGAN
Chief United States District Court